B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    **Triple R, Inc.**

_____
Debtor

Case No.    **10-11729 (AJG)**
_____

Chapter    **11**
_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 5,087,356.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 4,933,073.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| Total Assets | | | 5,087,356.00 | | |
| Total Liabilities | | | | 4,933,073.71 | |

B6A (Official Form 6A) (12/07)

In re    **Triple R, Inc.**                                                           Case No.    **10-11729 (AJG)**
                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Triple R, Inc.**                                    Case No.    **10-11729 (AJG)**

Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand - See attached Appendix A1, A2, A3, A4** | - | 3,907.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **See attached Appendix A1, A2, A3, A4** | - | 123,325.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **See attached Appendix B1, B2, B3** | - | 1,043,057.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     1,170,289.00
(Total of this page)

  **2**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Triple R, Inc.**                                                  Case No.   **10-11729 (AJG)**
_____
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | **55,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **55,000.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Triple R, Inc.**                                              Case No.    **10-11729 (AJG)**
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Retail Stores - see attached Appendix C** | - | 852,601.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Retail Stores - see attached Appendix C** | - | 160,394.00 |
| 30. Inventory. | | **See attached Appendix D1, D2, D3** | - | 2,849,072.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 3,862,067.00 |
| Total > | 5,087,356.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re     **Triple R, Inc.**                                                    Case No.    **10-11729 (AJG)**
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| **0**   continuation sheets attached | | | | Subtotal (Total of this page) | | | | | |
| | | | | Total (Report on Summary of Schedules) | | | | **0.00** | **0.00** |

B6E (Official Form 6E) (12/07)

In re    **Triple R, Inc.**                                                    Case No.  __10-11729 (AJG)__
_____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        __0__    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Triple R, Inc.**
                                                                    Case No.    **10-11729 (AJG)**
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **144 SPRING REALTY LLC** **C/O COBLENTZ, PATCH, DUFFY** **ONE FERRY BUILDING, STE. 200** **SAN FRANCISCO, CA 94111** | - | | | | | | | X | 0.00 |
| Account No. | | | | | | | | | |
| **AJC BUILDING MAINTENANCE** **c/o JUAN CARLOS GARCIA** **P.O. BOX 3053** **CAMARILLO, CA 93010** | - | | | | | | | | 370.00 |
| Account No. | | | | | | | | | |
| **ARROWHEAD** **P.O. BOX 856158** **LOUISVILLE, KY 40285-6158** | - | | | | | | | | 104.82 |
| Account No. | | | | | | | | | |
| **BARRY'S PLUMBING** **808 WINDBOUND AVENUE** **BEAUMONT, CA 92223** | - | | | | | | | | 120.00 |
| __6__    continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 594.82 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Triple R, Inc.**                                                                        Case No.   **10-11729 (AJG)**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | | |
| Account No. | | | | | | | | |
| **BARTELUCE ARCHITECTS & ASSOCIATES** C/O: DANIEL J. BARTELUCE ARCHI 36 WEST 25TH STREET NEW YORK, NY 10010 | - | | | | | | | 166,986.64 |
| Account No. | | | | | | | | |
| **BRINK'S, INC** FILE NO. 52005 LOS ANGELES, CA 90074 | - | | | | | | | 660.53 |
| Account No. | | | | | | | | |
| **CHARISMA PRINTING** 5757 W PICO BLVD LOS ANGELES, CA 90019 | - | | | | | | | 246.94 |
| Account No. | | | | | | | | |
| **CINTAS** P.O. BOX 18209 ANAHEIM, CA 92817 | - | | | | | | | 76.20 |
| Account No. | | | | | | | | |
| **CITY OF LA - FALSE ALARMS** P.O. BOX 30879 LOS ANGELES, CA 90030-0879 | - | | | | | | | 10.00 |

Sheet no. __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)       **167,980.31**

B6F (Official Form 6F) (12/07) - Cont.

In re __Triple R, Inc.__ ,           Case No. __10-11729 (AJG)__
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| CITY OF LOS ANGELES - PARKING DIVISION P.O. BOX 53200 LOS ANGELES, CA 90053 | - | | | | | | 500.00 |
| Account No. | | | | | | | |
| CITY OF LOS ANGELES MUNICIPAL SERVICES P.O. BOX 30808 LOS ANGELES, CA 90030-0808 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| CR&R INCORPORATED P.O. BOX 206 STANTON, CA 90680 | - | | | | | | 251.01 |
| Account No. | | | | | | | |
| DEPARTMENT OF WATER AND POWER 1394 SOUTH SEPULVEDA BLVD. LOS ANGELES, CA 90025-3547 | - | | | | | | 2,859.61 |
| Account No. | | | | | | | |
| FEDERAL EXPRESS P.O. BOX 7221 PASADENA, CA 91109-7321 | - | | | | | | 1,260.69 |

Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      4,871.31

B6F (Official Form 6F) (12/07) - Cont.

In re     **Triple R, Inc.**                                    Case No.   **10-11729 (AJG)**
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| JOHN DELEE 4 CONSULATE DRIVE 1J TUCKAHOE, NY 10707 | - | | | | | | | 332.77 |
| Account No. | | | | | | | | |
| LENORE WINSBERG DBA ONE-O-ONE PROPERTIES 101 S. ROBERTSON BLVD., #206 LOS ANGELES, CA 90048 | - | | | | | | | 32,661.81 |
| Account No. | | | | | | | | |
| LIGHTING MANAGEMENT, INC P.O. BOX 992 HARRIMAN, NY 10926 | - | | | | | | | 127,113.50 |
| Account No. | | | | | | | | |
| MOPHEADS UNLIMITED 26395 TRUELSON AVE HEMET, CA 92545 | - | | | | | | | 890.00 |
| Account No. | | | | | | | | |
| PACIFIC ALARM SYSTEMS 4444 SEPULVEDA BLVD CULVER CITY, CA 90230 | - | | | | | | | 959.68 |

Sheet no. **3** of **6** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **161,957.76**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Triple R, Inc.**                                              Case No. __10-11729 (AJG)__
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> PITNEY BOWES <br> P.O. BOX 856042 <br> LOUISEVILLE, KY 40285 | - | | | | | | 161.34 |
| Account No. <br><br> PREMIER BUILDING MAINTENANCE, INC <br> 269 S. BEVERLY DR., #937 <br> BEVERY HILLS, CA 90212 | - | | | | | | 1,800.00 |
| Account No. <br><br> R.E.E. HEATING & AIR CONDITIONING, INC <br> P.O. BOX 238 <br> TEMECULA, CA 92593-0238 | - | | | | | | 500.00 |
| Account No. <br><br> ROCK & REPUBLIC <br> 3523 EASTHAM DR <br> CULVER CITY, CA 90232 | - | | | | | | 4,541,880.39 |
| Account No. <br><br> ROCK COSMETICS <br> 3523 EASTHAM DR <br> CULVER CITY, CA 90232 | - | | | | | | 44,428.06 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,588,769.79**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Triple R, Inc.**                                          Case No.    **10-11729 (AJG)**
_____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| SOUTHERN CALIFORNIA EDISON P.O. BOX 600 ROSEMEAD, CA 91771-0001 | | - | | | | | | | 1,271.32 |
| Account No. | | | | | | | | | |
| STAPLES BUSINESS ADVANTAGE DEPT LA 1368 P.O. BOX 83689 CHICAGO, IL 60696-3689 | | - | | | | | | | 1,533.06 |
| Account No. | | | | | | | | | |
| STARSIDE SEC & INVEST, INC. 1930 S BREA CANYON RD., #220 DIAMOND BAR, CA 91765 | | - | | | | | | | 4,950.00 |
| Account No. | | | | | | | | | |
| THE GAS COMPANY P.O. BOX C MONTEREY PARK, CA 91756 | | - | | | | | | | 58.82 |
| Account No. | | | | | | | | | |
| VERIZON P.O. BOX 9688 MISSION HILLS, CA 91346-9688 | | - | | | | | | | 307.66 |

| Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 8,120.86 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Triple R, Inc.**                                                    Case No.    **10-11729 (AJG)**
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**W**<br>**5441 WEST 104TH STREET**<br>**LOS ANGELES, CA 90045** | - | | | | | | **778.86** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of                 Subtotal                   | **778.86** |
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

                                                                          Total                     | **4,933,073.71** |
                                                           (Report on Summary of Schedules)

B6G (Official Form 6G) (12/07)

In re    **Triple R, Inc.**                                              Case No.   **10-11729 (AJG)**
_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **101 SOUTH ROBERTSON, LLC**<br>**101 South Robertson Blvd**<br>**Suite 206**<br>**Los Angeles, CA 90048** | **Lease between Triple R, Inc. as Tenant and 101 South Robertson, LLC as Landlord for premises located at 103 S. Robertson Blvd., Ground Floor, Los Angeles, CA 90048** |
| **144 SPRING REALTY LLC**<br>**c/o COBLENTZ, PATCH, DUFFY**<br>**One Ferry Building - #200**<br>**San Francisco, CA 94111** | **Lease between Triple R, inc. and 144 Spring Realty LLC for premises located at 144 Spring Street, New York, NY. (This Lease was rejected post-petition.)** |
| **CPG PARTNERS, L.P.**<br>**105 Eisenhower Parkway**<br>**Roseland, NJ 07068** | **Lease Between Triple R, Inc. and Rock & Republic, as Tenants, and CPG Partners, L.P. as Landlord for premises located at Promenade at Camarillo Premium Outlets, 740 East Ventura Blvd., Unit 1512, Camarillo, CA 93010** |
| **CPG PARTNERS, L.P.**<br>**105 Eisenhower Parkway**<br>**Roseland, NJ 07068** | **Lease between Triple R, Inc. as Tenant and CPG Partners, L.P. as Landlord for premises located at Desert Hills Premium Outlets, Unit 0231, Cabazon, CA** |
| **CPG PARTNERS, L.P.**<br>**105 Eisenhower Parkway**<br>**Roseland, NJ 07068** | **Lease between Triple R, Inc. d/b/a Rock & Republic as Tenant and CPG Partners, L.P. as Landlord for premises located at Woodbury Common Premium Outlets, Unit 0842** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Triple R, Inc.**                                                            Case No.  **10-11729 (AJG)**
_____
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **ROCK & REPUBLIC ENTERPRISES**<br>**400 WEST BROADWAY**<br>**New York, NY 10012** | **101 SOUTH ROBERTSON, LLC**<br>**C/O GLASER, WEIL, FINK, et al.**<br>**10250 CONSTELLATION BLVD, 19FL**<br>**LOS ANGELES, CA 90067** |

**0**
_____  continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    <u>**Triple R, Inc.**</u>                  Case No.    <u>**10-11729 (AJG)**</u>

                         Debtor(s)            Chapter    <u>**11**</u>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   <u>**17**</u>   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   <u>**April 30, 2010**</u>                  Signature    <u>**/s/ Geoffrey Lurie**</u>

                                                 **Geoffrey Lurie**
                                                 **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# TRIPLE R, INC.

## APPENDIX A1

### Cash & Equivalents
### Month Ended Mar 31, 2010

| Acct. # | Category | 3/31/10 Balance |
|---------|----------|-----------------|
| 100-1000-00 | CASH IN BANK - B OF A CORP. | 107,507 |
| 100-1000-01 | CASH IN BANK - B OF A ROB | 0 |
| 100-1000-98 | CASH IN BANK - B OF A CAM | 0 |
| 100-1000-99 | CASH IN BANK - B OF A CAB | 0 |
| 100-1020-00 | PETTY CASH | 0 |
| **Total** | | **107,507** |

Prepared by: _____

Approved by: _____

**TRIPLE R, INC.**
**CABAZON STORE**

## APPENDIX A2
**Cash & Equivalents**
Month Ended Mar 31, 2010

| Acct. # | Category | 3/31/10 Balance |
|---|---|---|
| 100-1000-00 | CASH IN BANK - B OF A CORP. | 9,463 |
| 100-1020-00 | PETTY CASH | 1,707 |
| Total | | 11,170 |

Prepared by: _____

Approved by: _____

**TRIPLE R, INC.**
**ROBERTSON STORE**

– –**APPENDIX A3**
**Cash & Equivalents**
**Month Ended Mar 31, 2010**

| Acct. # | Category | 3/31/10 Balance |
|---------|----------|-----------------|
| 100-1000-00 | CASH IN BANK – B OF A CORP. | 4,127 |
| 100-1020-00 | PETTY CASH | 1,100 |
| Total | | 5,227 |

Prepared by: _____

Approved by: _____

**TRIPLE R, INC.**
**CAMARILLO STORE**

**APPENDIX A4**
**Cash & Equivalents**
**Month Ended Mar 31, 2010**

| Acct. # | Category | 3/31/10 Balance |
|---|---|---|
| 100-1000-00 | CASH IN BANK - B OF A CAM | 2,228 |
| 100-1020-00 | PETTY CASH | 1,100 |
| **Total** | | **3,328** |

Prepared by: _____

Approved by:_____

**TRIPLE R, INC.**

## APPENDIX B1

**SECURITY DEPOSIT -- #160-1010-00**
**Month Ended Mar 31, 2010**

| Date | Type | Description | 3/31/10 Balance |
|------|------|-------------|-----------------|
| 09/17/07 | 102 GREENE STREET RE | SECURITY DEPOSIT RETAIL 102 GREEN ST, NY | 112,500.00 |
| 05/31/09 | GL ENTRY | SECURITY DEPOSIT RETAIL 144 SPRING ST, NY | 375,000.00 |
| GRAND TOTAL | | | 487,500.00 |
| 160-1010-00 **PER GL @ 3/31/10** | | | 487,500.00 |
| Diff | | | 0.00 |

Prepared by:    _____

Approved by:    _____

**TRIPLE R, INC.**
**CABAZON STORE**

# APPENDIX B2

**SECURITY DEPOSIT -- #160-1010-00**
**Month Ended Mar 31, 2010**

| Date | Type | Description | 3/31/10 Balance |
|------|------|-------------|-----------------|
| 10/16/08 | SOUTHERN CALIFORNIA | Deposit | 800.00 |
| 12/08/08 | BOARD OF EQUALIZATIO | Security deposit | 17,000.00 |
| **GRAND TOTAL** | | | 17,800.00 |
| 160-1010-00 **PER GL @ 3/31/10** | | | **17,800.00** |
| Diff | | | 0.00 |

Prepared by: _____

Approved by: _____

**TRIPLE R, INC.**
**ROBERTSON STORE**

## APPENDIX B3
**Other Assets**
**Month Ended Mar 31, 2010**

| Acct. # | Category | 3/31/10 Balance |
|---------|----------|-----------------|
| 160-1010-00 | SECURITY DEPOSIT | 181,120 |
| 170-1010-00 | KEY MONEY-#01 ROBERTSON | 650,000 |
| 170-1011-00 | KEY MONEY-ACCUM AMORTIZATION | (293,363) |
| | *OTHER ASSETS* | *537,757* |

Prepared by: _____

Approved by: _____

**TRIPLE R - APPENDIX C**
Property and Equipment

| | Cabazon | Robertson | Camarillo | Totals |
|---|---|---|---|---|
| Computers | $138,932 | $0 | $0 | |
| less Depn | $65,607 | $0 | $0 | |
| Net | $73,325 | $0 | $0 | $73,325 |
| Furniture and Fixtures | $213,343 | $750,492 | $19,291 | |
| less Depn | $60,447 | $141,795 | $1,608 | |
| Net | $152,896 | $608,697 | $17,683 | $779,276 |
| Machinery and Equip | $16,723 | $151,856 | $25,523 | |
| less Depn | $4,139 | $27,840 | $1,729 | |
| Net | $12,584 | $124,016 | $23,794 | $160,394 |
| Totals | $238,805 | $732,713 | $41,477 | |

**TRIPLE R, INC.**
**CABAZON STORE**

## APPENDIX D1
**Inventory, Net of Reserve**
**Month Ended Mar 31, 2010**

| Acct. # | Category | 3/31/10 Balance |
|---------|----------|-----------------|
| 110-1040-00 | INVENTORY - FINISHED GOODS-ROB | 1,029,972 |
| Total | | 1,029,972 |

Prepared by: _____

Approved by: _____

**TRIPLE R, INC.**
**ROBERTSON STORE**

## APPENDIX  D2

**Inventory, Net of Reserve**
**Month Ended Mar 31, 2010**

| Acct. # | Category | 3/31/10 Balance |
|---|---|---|
| 110-1040-00 | INVENTORY - FINISHED GOODS-ROB | 870,633 |
| Total | | 870,633 |

Prepared by: _____

Approved by: _____

**TRIPLE R, INC.**
**CAMARILLO STORE**

# APPENDIX D3
**Inventory, Net of Reserve**
**Month Ended Mar 31, 2010**

| Acct. # | Category | 3/31/10 Balance |
|---------|----------|----------------|
| 110-1040-00 | INVENTORY - FINISHED GOODS-ROB | 948,467 |
| **Total** | | **948,467** |

Prepared by: _____

Approved by: _____